In the Matter of Acquiring Title by The City of New York to Lands and Premises on the Westerly Side of Delamere Place, etc., Duly Selected as a Site for School Purposes. Edward J. Gaynor, Respondent; The City of New York, Appellant.— Order, in so far as it taxes at $2,000 the expenses of the city of New York for the services of Edward J. Gaynor as an expert witness, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.